permitted with sufficient fullness by the learned Special Term. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

HENRY CLARENCE KORFMANN, an Infant, by EVA CHAROUS, His Guardian ad Litem, Respondent, and EVA CHAROUS, Plaintiff, v. HOWARD THURSTON, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

JOSEPH KRAMER, Appellant, v. ABRAHAM SCHONFELD, Individually and as Administrator, etc., of SARAH SCHONFELD, Also Known as SARAH KRAMER, Deceased, and Another, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

MEYER KRAUSHAAR and EMANUEL CELLER, Appellants, v. SOLWIN W. SMITH and SMITH OF WHITEHALL, INC., Respondents.— Motion to dispense with reprinting the former record granted. The parties may refer to the former record by its folio numbers and produce the same on the argument. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THOMAS V. LAHENEY, Respondent, v. JAMES EDWARD LAHENEY, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

MICHAEL LICHTENSTEIN, Respondent, v. J. OHL, INC., and JOSEPH OHL, Appellants.— Motion to resettle order of May 22, 1931, denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

MICHAEL LICHTENSTEIN, Respondent, v. J. OHL, INC., and JOSEPH OHL, Appellants.— Motion to resettle order of May 22, 1931, granted and order resettled by striking out the following: " so far as it purports to set out a cause of action for damages against the defendant Joseph Ohl." Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

FLORA A. MACIVOR, Appellant, v. CHARLES H. SCHWARTZMAN and Others, Respondents.— Motion to dismiss appeal denied upon the ground that there is no dispute that the moving attorney has not been duly substituted as attorney for the defendants, respondents. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

EMMA MACMILLAN, Respondent, v. CHARLES F. VOLLMER and Another, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

DENNIS McCARTHY, Respondent, v. JOSEPH H. BARIS, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

JACOB MECHANECK, Appellant, v. LOUIS SENDROWITZ and Others, Respondents. — Motion to dismiss appeal denied upon condition that appellant perfect the